EDNA BENTON WAKE WYMAN et al., as Executors under the Will of EDWARD E. WYMAN, Deceased, Appellants, *v.* PAN AMERICAN AIRWAYS, INC., Respondent.

Argued November 20, 1944; decided December 30, 1944.

*Benjamin H. Siff* for appellants.

*Donald Havens, Edgar R. Kraetzer* and *David L. Corbin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.